Jason S. Pomerantz (SBN 157216)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067
Telephone:    (310) 277-6910
Facsimile:    (310) 201-0760
E-Mail:    jspomerantz@pszjlaw.com

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>DEDRA M. CHACHERE-HUNT,<br><br>Debtor.<br><br>JOHN P. PRINGLE, CHAPTER 7 BANKRUPTCY TRUSTEE of Dedra M. Chachere-Hunt,<br><br>Plaintiff,<br><br>v.<br><br>DEDRA M. CHACHERE-HUNT, AKA DEDRA M. RUBALCAVA, DEDRA M. CHACHERE, individually, ROBERT B. HUNT, AKA ROBERT HUNT, ROBERT BRUCE HUNT, individually and in his capacity as Grantor and Trustee of The 2823 Home Investment Trust, CANDICE HUNT, individually and in her capacity as Trustee and co-beneficiary of The 2823 Home Investment Trust, AMBER HUNT, individually and as co-beneficiary of The 2823 Home Investment Trust, and ROBERT STEVENSON HUNT, individually and as co-beneficiary of The 2823 Home Investment Trust,<br><br>Defendants. | Case No. 2:20-bk-19018-NB<br><br>Adv No. 2:21-ap-01253-NB<br><br>Chapter 7<br><br><br>**MEDIATOR'S CERTIFICATE REGARDING COMPLETION OF MEDIATION CONFERENCE** |

1.   I was assigned to mediate this matter by order of this Court dated June 14, 2022 as the:

   a.   Mediator                                 __X__

DOCS_LA:346195.1 68700/001

|   |   | b. | Alternate Mediator | _____ |
|---|---|---|---|---|
|   |   | c. | Successor Mediator | _____ |
|   |   | d. | Successor Alternate Mediator | _____ |

2. I hereby certify that, to the best of my information and belief, the mediation assignment:

    a. Settled       _____

    b. Did NOT settle       __X__

3. If the matter SETTLED:

    a. Did the matter settle prior to the mediation conference without a mediation conference being held?

    b. If you conducted a mediation conference that settled, on what date(s) did the conference occur?

    c. If you conducted a mediation conference that settled, who did you designate to prepare the settlement documentation?

4. If the matter DID NOT settle:

    a. Was the matter dismissed by the Court prior to the mediation conference? <u>No.</u>

    b. Did you conduct a mediation conference? <u>Yes.</u>

    c. If you conducted a mediation conference, on what date(s) did the conference occur? <u>On or about July 19, 2022 and November 21, 2022</u>

DATED: November 21, 2022

Jason S. Pomerantz
(Name of Mediator)

_____
(Signature of Mediator)

cc: Hon. Barry Russell
Mediation Program Administrator
United States Bankruptcy Court
255 East Temple Street, Suite 1660
Los Angeles, CA 90012

DOCS_LA:346195.1 68700/001

2